IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE, )<br>    Plaintiff(s) )<br>)<br>v. )<br>)<br>NEW ASPEN MANAGEMENT, LLC, )<br>    Defendant(s) ) | Case No. 3:20-cv-00125<br>Judge Crenshaw /Frensley |

**O R D E R**

The Initial Case Management Conference set for April 21, 2020 at 9:30 a.m. shall be conducted by telephone. All parties shall call **1-877-336-1831**, and when prompted for the access code, enter **7039387#** to participate in the Case Management Conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please call 615-736-7344.

IT IS SO ORDERED.

_____
JEFFERY S. FRENSLEY
United States Magistrate Judge